JOHN O. YOUNG, as a Stockholder Individually and on Behalf of All Other Stockholders of FARMERS AND TRADERS LIFE INSURANCE COMPANY Similarly Situated and on Behalf of the Holders of Voting Trust Certificates of Stock in Said Company Similarly Situated, and in the Right of Said Company, Appellant, v. LOUIS J. TABER et al., Respondents.

Submitted October 4, 1954; decided October 7, 1954.

*Benjamin E. Shove* for motion.
*Laurence Sovik* opposed.

Motion granted, with costs and $10 costs of motion, unless within ten days from the date of this order appellant serves and files the required undertaking on appeal and pays $10 costs, in which events motion denied. Motion to dismiss appeal upon ground that it has become academic denied with leave to renew upon the argument. Motion to dismiss appeal upon ground that appellant has not served or filed record on appeal denied (see Rules of Court of Appeals, rules I, VI). In all other respects, motion denied.